

# OKLAHOMA
## State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>OKLAHOMA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| Brian Thompson, INDIVIDUALLY and Jennifer Hames, INDIVIDUALLY<br>        Plaintiff,<br>v.<br><br>Gary Teekell, INDIVIDUALLY;<br>The Teekell Company, Inc.;, AND<br>Michael E Krasnow, TRUSTEE OF MORTON FAMILY IRREVOCABLE TRUST,<br>        Defendant. | **No. CJ-2023-5988**<br>**(Civil relief more than $10,000: NEGLIGENCE (GENERAL))**<br><br>Filed: 10/18/2023<br><br><br>Judge: Andrews, Don |

## PARTIES

Hames,  Jennifer, Plaintiff
Krasnow,  Michael  E, Defendant
Teekell,  Gary, Defendant
The Teekell Company, Inc.;, Defendant
Thompson,  Brian, Plaintiff

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| Beech,  Johnny  G (Bar #655)<br>SPENCER FANE LLP<br>9400 N BROADWAY EXTENSION SUITE 600<br>OKLAHOMA CITY, OK 73114 | Hames,   Jennifer<br>Thompson,   Brian |
| Davies,  Shannon  F (Bar #13565)<br>9400 N. BROADWAY EXTENSION, SUITE 600<br>OKLAHOMA CITY, OK 73114 | |
| Davies,  Shannon  F. (Bar #16979)<br>9400 NORTH BROADWAY EXTENSION SUITE 600<br>OKC, OK 73114 | Thompson,   Brian<br>Hames,   Jennifer |

**EXHIBIT**

**1**

**Attorney**

**Represented Parties**

Rupert,  Kurt  M (Bar #11982)
1600 BANK OF OKLAHOMA PLAZA
201 ROBERT S KERR
OKC, OK 73102

Krasnow,   Michael  E

---

# EVENTS

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Thursday, December 14, 2023 at 10:00 AM | | Don Andrews | |
| Motion to Dismiss of Defendant Michael E Krasnow and Supporting Brief | | | |

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**      Issue: NEGLIGENCE (GENERAL) (NEGL)
Filed By: Thompson, Brian
Filed Date: 10/18/2023

| Party Name | Disposition Information |
|---|---|
| | Pending. |

## DOCKET

| Date | Code | Description | |
|---|---|---|---|
| 10-18-2023 | [ TEXT ] | | #1 |
| | | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | |
| 10-18-2023 | [ NEGL ] | | |
| | | NEGLIGENCE (GENERAL) | |
| 10-18-2023 | [ DMFE ] | | $ 7.00 |
| | | DISPUTE MEDIATION FEE | |
| 10-18-2023 | [ PFE1 ] | | $ 163.00 |
| | | PETITION | |
| 10-18-2023 | [ PFE7 ] | | $ 6.00 |
| | | LAW LIBRARY FEE | |
| 10-18-2023 | [ OCISR ] | | $ 25.00 |
| | | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | |
| 10-18-2023 | [ OCJC ] | | $ 1.55 |
| | | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | |
| 10-18-2023 | [ OCASA ] | | $ 5.00 |
| | | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | |

**10-18-2023  [ SSFCHSCPC ]**                                                     $ 10.00

SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER

---

**10-18-2023  [ CCADMINCSF ]**                                                     $ 1.00

COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER

---

**10-18-2023  [ CCADMIN0155 ]**                                                     $ 0.16

COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION

---

**10-18-2023  [ SJFIS ]**                                                     $ 0.45

STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES

---

**10-18-2023  [ DCADMIN155 ]**                                                     $ 0.23

DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS

---

**10-18-2023  [ DCADMIN05 ]**                                                     $ 0.75

DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS

---

**10-18-2023  [ DCADMINCSF ]**                                                     $ 1.50

DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER

---

**10-18-2023  [ CCRMPF ]**                                                     $ 10.00

COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE

---

**10-18-2023  [ CCADMIN04 ]**                                                     $ 0.50

COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS

---

**10-18-2023  [ LTF ]**                                                     $ 10.00

LENGTHY TRIAL FUND

---

**10-18-2023  [ SMF ]**                                                     $ 30.00

SUMMONS FEE (CLERKS FEE)X3

---

**10-18-2023  [ P ]**

PETITION
Document Available (#1056867989) TIFF    PDF

---

**10-18-2023  [ EAA ]**

ENTRY OF APPEARANCE AS COUNSEL OF RECORD- ATTORNEY JOHNNY G. BEECH FOR PLAINTIFFS
Document Available (#1056867949) TIFF    PDF

---

**10-18-2023  [ EAA ]**

ENTRY OF APPEARANCE AS COUNSEL OF RECORD- ATTORNEY SHANNON F. DAVIES FOR PLAINTIFFS
Document Available (#1056867945) TIFF    PDF

---

**10-18-2023  [ TEXT ]**

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE ANDREWS, DON TO THIS CASE.

**10-18-2023  | ACCOUNT |**

RECEIPT # 2023-5502835 ON 10/18/2023.
PAYOR: SPENCER FANE LLP TOTAL AMOUNT PAID: $ 272.14.
LINE ITEMS:
CJ-2023-5988: $193.00 ON AC01 CLERK FEES.
CJ-2023-5988: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.
CJ-2023-5988: $1.66 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2023-5988: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2023-5988: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2023-5988: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.
CJ-2023-5988: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.
CJ-2023-5988: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.
CJ-2023-5988: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2023-5988: $10.00 ON AC81 LENGTHY TRIAL FUND.
CJ-2023-5988: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.
CJ-2023-5988: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE.

---

**10-24-2023  | SERV |**

RETURN OF SERVICE
Document Available (#1056844440) ⬜TIFF    📄PDF

---

**10-30-2023  | SMS |**

SUMMONS RETURNED, SERVED VIA CERTIFIED MAILING ON 10/24/23
Document Available (#1056843918) ⬜TIFF    📄PDF

---

**11-13-2023  | EAA |**

ENTRY OF APPEARANCE OF KURT M. RUPERT AND TAYLOR K. WEDER ON BEHALF OF THE DEFENDANT
MICHAEL E. KRANSNOW
Document Available (#1057094070) ⬜TIFF    📄PDF

---

**11-13-2023  | MOD |**

MOTION TO DISMISS OF DEFENDANT MICHAEL E KRASNOW AND SUPPORTING BRIEF
Document Available (#1057094649) ⬜TIFF    📄PDF

---

**11-16-2023  | AMP |**

FIRST AMENDED PETITION
Document Available (#1057064348) ⬜TIFF    📄PDF