

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Oklahoma District of Oklahoma

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

OCT 2 4 2023

RICK WARREN
COURT CLERK

37 _____

Case Number: 23-CJ-5988

Plaintiff:
**BRIAN THOMPSON, JENNIFER JAMES**

vs.

Defendant:
**GARY TEEKELL, THE TEEKELL COMPANY, INC., MICHEAL E. KRASNOW, TRUSTEE OF MORTON IRREVOCABLE TRUST**

For:
Shannon F. Davies, Attorney

Received by Roy Middleton on the 20th day of October, 2023 at 10:43 am to be served on **MIKE KRASNOW, 7035 Owls Nest Terrace, Bradenton, FL 34203.**

I, Roy Middleton, do hereby affirm that on the **23rd day of October, 2023** at **12:15 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS, PETITION** with the date and hour of service endorsed thereon by me, to: **MIKE KRASNOW** at the address of: **7035 Owls Nest Terrace, Bradenton, FL 34203**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Under Penalties of Perjury, I Declare I have Read the Foregoing Document and the Facts Stated in it are True. No Notary is Required Pursuant to Florida State Statute 92.525(2)

Roy Middleton
5013

**PARALAW SERVICES**
**P O Box 13434**
**Tampa, FL 33681**
**(813) 846-5869**

Our Job Serial Number: JMS-2023004192
Ref: 4192/2947

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2s

EXHIBIT 4



IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| BRIAN THOMPSON, individually; <br> And JENNIFER JAMES, individually, <br><br> Plaintiffs, <br><br> v. <br><br> GARY TEEKELL, individually; THE TEEKELL COMPANY, INC.; and MICHEAL E. KRASNOW, Trustee of Morton Irrevocable Trust, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. **CJ-2023-5988** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS

**TO THE ABOVE-NAMED DEFENDANT: MIKE KRASNOW**

You have been sued by the above-named Plaintiffs and you are directed to file a written Response to the attached Petition in the office of the Court Clerk in the County named above **within twenty (20) days** after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your Response must be delivered or mailed to the attorney for Plaintiffs.

**Unless you respond to the Petition within the time stated, judgment will be rendered against you for the relief demanded in the Petition, with costs of the action.**

Issued this \_\_\_ day of October 2023.

_____
Shannon F. Davies, OBA No. 16979
Johnny G. Beech, OBA No. 655
Spencer Fane LLP
9400 N. Broadway Ext., Ste. 600
Oklahoma City, OK 73114
Telephone: (405) 844-9900
Facsimile: (405) 844-9958

RICK WARREN, COURT CLERK

By: _____
    Deputy Court Clerk

[Stamp: DELIVERED 10/23/2023 12:15 PM  SERVER LICENSE 5013]

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR RESPONSE. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT A RESPONSE MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

This Summons AND Petition was served on this \_\_\_ day of October 2023.

_____
Name of Person Serving Summons