*1056843918*

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

OCT 3 0 2023

RICK WARREN
COURT CLERK
73_____

| | | |
|---|---|---|
| BRIAN THOMPSON, individually;<br>And JENNIFER JAMES, individually, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Case No. |
| GARY TEEKELL, individually; THE<br>TEEKELL COMPANY, INC.; and<br>MICHEAL E. KRASNOW, Trustee of Morton<br>Irrevocable Trust, | )<br>)<br>)<br>)<br>) | CJ-2023-5988 |
| Defendants. | )<br>) | |

### SUMMONS

**TO THE ABOVE-NAMED DEFENDANT:**   THE TEEKELL COMPANY, INC.
c/o J. Gray Teekell
8520 Business Park Drive
Shreveport, LA 71105-5654

You have been sued by the above-named Plaintiffs and you are directed to file a written Response to the attached Petition in the office of the Court Clerk in the County named above **within twenty (20) days** after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your Response must be delivered or mailed to the attorney for Plaintiffs.

**Unless you respond to the Petition within the time stated, judgment will be rendered against you for the relief demanded in the Petition, with costs of the action.**

Issued this __10__ day of October 2023.

RICK WARREN, COURT CLERK

By: _____
     Deputy Court Clerk

Shannon F. Davies, OBA No. 16979
Johnny G. Beech, OBA No. 655
Spencer Fane LLP
9400 N. Broadway Ext., Ste. 600
Oklahoma City, OK 73114
Telephone: (405) 844-9900
Facsimile: (405) 844-9958

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR RESPONSE. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT A RESPONSE MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**
This Summons AND Petition was served on this ____ day of October 2023.

_____
Name of Person Serving Summons

**EXHIBIT 5**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

*Postmark Here* — Morton Teekell Co.

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 0677 4466 65

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   The Teekell Company, Inc.
   c/o Gary Teekell
   8520 Business Park Drive
   Shreveport, LA 71105-5654

9590 9402 8002 2305 4685 01

2. Article Number *(Transfer from service label)*

   9589 0710 5270 0677 4466 65

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☑ Agent
                              ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery
Jennifer Lara                        10/24/23

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

10/30/23, 12:19 PM                                    USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052700677446665

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:50 am on October 24, 2023 in SHREVEPORT, LA 71105.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
SHREVEPORT, LA 71105
October 24, 2023, 11:50 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                              ⌄

USPS Tracking Plus®                                                               ⌄

Product Information                                                               ⌄

See Less ∧

Track Another Package

Enter tracking or barcode numbers

https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=9589071052700677446665                                   1/2

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**