IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) BRIAN THOMPSON, individually;<br>(2) JENNIFER JAMES, individually,<br><br>        Plaintiffs,<br><br>v.<br><br>(1) J. GRAY TEEKELL, individually,<br>(2) THE TEEKELL COMPANY, INC.; and<br>(3) MICHAEL E. KRASNOW, Trustee of<br>Morton Family Irrevocable Trust,<br><br>        Defendants. | Case No. 5:23-CV-01074 |

## ENTRY OF APPEARANCE

Kurt M. Rupert of the law firm Hartzog Conger Cason LLP hereby enters his appearance as counsel on behalf of Defendant, Michael E. Krasnow, Trustee of Morton Family Irrevocable Trust.

Respectfully submitted,

*s/ Kurt M. Rupert*
Kurt M. Rupert, OBA # 11982
Taylor Kaye Weder, OBA # 34045
HARTZOG CONGER CASON LLP
201 Robert S. Kerr, Suite 1600
Oklahoma City, Oklahoma 73102
(405) 235-7000 (Telephone)
(405) 996-3403 (Facsimile)
krupert@hartzoglaw.com
tweder@hartzoglaw.com

*Attorneys for Defendant,*
*Michael E. Krasnow as Trustee of the Morton*
*Family Irrevocable Trust*

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2023, I electronically transmitted the foregoing document to the Clerk of the Court for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electric Filing to the following ECF Registrants:

Shannon F. Davies
sdavies@spencerfane.com

Johnnie G. Beech
jbeech@spencerfane.com

*Attorneys for Plaintiffs,*
  *Brian Thompson and Jennifer James*

Alex Gebert
alex.gebert@fmglaw.com

*Attorney for Defendants,*
*J. Gray Teekell and The Teekell Company, Inc.*

　　　　　　　　　　　　　　　　　　　　*/s/ Taylor Kaye Weder*
　　　　　　　　　　　　　　　　　　　　Taylor Kaye Weder