# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Brian Thompson, individually; and Jennifer James, individually, <br><br> Plaintiff, <br><br> v. <br><br> J. Gray Teekell, individually; The Teekell Company, Inc.; and Michael E. Krasnow, Trustee of Morton Family Irrevocable Trust, <br><br> Defendants. | Case No. 5:23-cv-01074-R <br><br><br><br><br><br> District Judge David L. Russell |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendants, J. Gray Teekell and The Teekell Company, Inc. I certify that I am admitted to practice in this court and am registered to file documents electronically with this Court.

Dated: December 19, 2023              Respectfully Submitted,

**FREEMAN MATHIS & GARY, LLP**

*/s/ Timothy B. Soefje*
**Timothy B. Soefje**
OBA No. 33342
Texas State Bar No. 00791700
Tim.Soefje@fmglaw.com

**Alexander S. Gebert***
OBA No. 34594
Texas State Bar No. 24120543
Alex.Gebert@fmglaw.com
7160 Dallas Parkway, Suite 625
Plano, Texas 75024
(469) 895-3003 (telephone)
(888) 356-3602 (facsimile)

*Admission pending in Western District of Oklahoma
COUNSEL FOR DEFENDANTS J. GRAY TEEKELL AND THE TEEKELL COMPANIES, INC.

*/s/ Teddy Abbott*
*Teddy Abbott*
OBA No. 14367
teddy.abbott@outlook.com
ABBOTT LAW OFFICE, LLC
687 Meadows Cir.
Tahlequah, OK 74401
(918) 360-0531 (telephone)

LOCAL COUNSEL FOR DEFENDANTS J. GRAY TEEKELL AND THE TEEKELL COMPANIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2023, a true and correct copy of the foregoing was filed electronically to the Clerk of Court via the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Timothy B. Soefje*
Timothy B. Soefje

2