# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Brian Thompson, individually; and Jennifer James, individually,<br><br>Plaintiff,<br><br>v.<br><br>J. Gray Teekell, individually; The Teekell Company, Inc.; and Michael E. Krasnow, Trustee of Morton Family Irrevocable Trust,<br><br>Defendants. | Case No. 5:23-cv-01074-R<br><br><br><br><br><br><br><br>District Judge David L. Russell |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendants, J. Gray Teekell and The Teekell Company, Inc. I certify that I am admitted to practice in this court and am registered to file documents electronically with this Court.

Dated: December 20, 2023            Respectfully Submitted,

*/s/ Teddy J. Abbott*
Teddy J. Abbott, OBA No. 14367
ABBOTT LAW OFFICE, LLC
687 Meadows Cir.
Tahlequah, OK 74401
(918) 360-0531 (telephone)
teddy.abbott@outlook.com

*LOCAL COUNSEL FOR DEFENDANTS J. GRAY TEEKELL AND THE TEEKELL COMPANIES, INC.*

## CERTIFICATE OF SERVICE

     I hereby certify that on December 20, 2023, a true and correct copy of the foregoing was filed electronically to the Clerk of Court via the CM/ECF system which will send notification of such filing to all counsel of record.

                                       */s/ Teddy J. Abbott*
                                       Teddy J. Abbott