# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

BRIAN THOMPSON, individually; )
and JENNIFER JAMES, individually, )
                                            )
           Plaintiffs, )
                                            )
v. )
                                            )   Case No. 5:23-cv-01074-R
J. GRAY TEEKELL, individually; )   Judge David L. Russell
THE TEEKELL COMPANY, INC.; and )
MICHAEL E. KRASNOW, Trustee of )
Morton Family Irrevocable Trust, )
                                            )
           Defendants. )

## PLAINTIFFS' RESPONSE TO DEFENDANT KRASNOW'S MOTION TO JOIN NECESSARY PARTY AND ALIGN AS PLAINTIFF OR, ALTERNATIVELY, DISMISS COMPLAINT

Plaintiffs Brian Thompson ("Thompson") and Jennifer James ("James") (collectively "Plaintiffs") submit this response to Defendant Krasnow's Motion to Join Necessary Party and Align as Plaintiff or, Alternatively, Dismiss Complaint (the "Motion") (Dkt. No. 4).

Plaintiffs do not oppose the joinder of Ryan Morton as set forth in the Motion. However, the Court lacks jurisdiction to order such joinder as set forth in more detail in Plaintiffs' Motion to Remand and Brief in Support (Dkt. No. 8).

Respectfully submitted,

*s/Shannon F. Davies*
Shannon F. Davies, OBA No. 16979
Johnny G. Beech, OBA No. 655
Spencer Fane LLP
9400 North Broadway Extension, Suite 600
Oklahoma City, Oklahoma 73114
Telephone: (405) 844-9900
Facsimile:  (405) 844-9958
Email: sdavies@spencerfane.com
Email: jbeech@spencerfane.com
***Attorneys for Plaintiffs***

## CERTIFICATE OF MAILING

I hereby certify that on the 21st day of December 2023, a true and correct copy of the above and foregoing document was mailed to:

Kurt M. Rupert, OBA No. 11987
Taylor K. Weder, OBA No. 34045
Hartzog Conger Cason LLP
201 Robert S. Kerr, Suite 1600
Oklahoma City, Oklahoma 73102
krupert@hartzoglaw.com
tweder@hartzoglaw.com
***Attorneys for Defendant,***
***Michael E. Krasnow as Trustee of the***
***Morton Family Irrevocable Trust***


Timonthy B. Soefje, OBA No. 33342
Texas State Bar No. 00791700
Alexander S. Gebert, OBA No. 34594
Texas State Bar No. 24120543
7160 Dallas Parkway, Suite 625
Plano, Texas 75024
Tim.Soefje@fmglaw.com
Alex.Gebert@fmglaw.com
***Attorneys for Defendants J. Gray Teekell***

*And the Teekell Companies, Inc.*

Teddy Abbott, OBA No. 14367
Abbott Law Office, LLC
687 Meadows Cir.
Tahlequah, OK 74401
Teddy.abbott@outlook.com
*Local Counsel for Defendants J. Gray Teekell*
*And the Teekell Companies, Inc.*

                                              *s/Shannon F. Davies*