IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRIAN THOMPSON, individually; ) | |
| and JENNIFER HAMES, individually, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. CIV 23-1074-R |
| ) | |
| GARY TEEKELL, individually; ) | |
| THE TEEKELL COMPANY, INC.; and ) | |
| MICHAEL E. KRASNOW, Trustee of ) | |
| Morton Family Irrevocable Trust, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After removing this action from state court on the basis of diversity jurisdiction, Defendant Michael E. Krasnow (Trustee) filed a Motion [Doc. No. 4] seeking to join a necessary party and align that party as a plaintiff. A little over two weeks later, Defendants Teekell and Teekell Company filed their own Motion [Doc. No. 6] requesting the same relief. Plaintiffs then filed a Motion to Remand [Doc. No. 8] and filed a Response [Doc. No. 9] to Defendant Trustee's motion seeking to join an indispensable party. Plaintiffs' Response states that they do not oppose joining the requested party, although they believe this Court lacks subject matter jurisdiction over the case and therefore cannot order the joinder.

Now before the Court is Plaintiffs' Motion [Doc. No. 11] seeking to stay (or extend) the deadlines to respond to Defendant Trustee's Motion [Doc. No. 4] and the Teekell Defendants' Motion [Doc. No. 6] until after the Court resolves Plaintiffs' Motion to

Remand. Because Plaintiffs have already responded to Defendant Trustee's Motion, their request to stay or extend the deadline to respond to that motion is moot. Additionally, given that Plaintiffs have already indicated that they do not oppose joinder, the Court is not persuaded that staying the response deadline with respect to the Teekell Defendants' motion is warranted. Of course, the Court understands its obligation to resolve any disputes concerning its subject matter jurisdiction prior to addressing the merits of the case or other procedural issues. Last, based on Plaintiffs' representation that Defendants do not oppose a two-week extension of the deadline to respond to the Teekell Defendant's Motion, the Cout will grant this aspect of Plaintiffs' Motion.

Accordingly, as set out above, Plaintiffs' Motion to Stay or Extend Plaintiffs' Deadline to Respond to Defendants' Motion to Join Necessary Party and Align as Plaintiff, or Alternatively Dismiss Complaint [Doc. No. 11] is GRANTED in part and DENIED in part. Plaintiffs' deadline to respond to Defendants J. Gray Teekell and the Teekell Company, Inc.'s Motion to Join Indispensable Party [Doc. No. 6] is extended to January 23, 2024.

IT IS SO ORDERED this 8th day of January 2024.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE