#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRIAN THOMPSON, individually; ) <br> and JENNIFER JAMES, individually, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> J. GRAY TEEKELL, individually; ) <br> THE TEEKELL COMPANY, INC.; and ) <br> MICHAEL E. KRASNOW, Trustee of ) <br> Morton Family Irrevocable Trust, ) <br> ) <br> Defendants. ) | Case No. 5:23-cv-01074-R <br> Judge David L. Russell |

#### PLAINTIFFS' RESPONSE TO DEFENDANTS J. GRAY TEEKELL AND THE TEEKELL COMPANY, INC.'S MOTION TO JOIN INDISPENSABLE PARTY AND BRIEF IN SUPPORT

Plaintiffs Brian Thompson and Jennifer James (collectively "Plaintiffs") submit this response to Defendants J. Gray Teekell's and the Teekell Company, Inc.'s, Motion to Join Indispensable Party and Brief in Support (Dkt. No. 6).

Plaintiffs do not oppose the joinder of Ryan Morton as set forth in the Motion. However, the Court lacks jurisdiction to order such joinder as set forth in more detail in Plaintiffs' Motion to Remand and Brief in Support (Dkt. No. 8).

Respectfully submitted,

*s/Shannon F. Davies*
Shannon F. Davies, OBA No. 16979
Johnny G. Beech, OBA No. 655
Spencer Fane LLP
9400 North Broadway Extension, Suite 600
Oklahoma City, Oklahoma 73114
Telephone: (405) 844-9900
Facsimile:  (405) 844-9958
Email: sdavies@spencerfane.com
Email: jbeech@spencerfane.com
***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and the transmittal of a Notice of Electronic Filing to all counsel who have entered an appearance, including:

Kurt M. Rupert, OBA No. 11987
Taylor K. Weder, OBA No. 34045
krupert@hartzoglaw.com
tweder@hartzoglaw.com
*Attorneys for Defendant,*
*Michael E. Krasnow as Trustee of the*
*Morton Family Irrevocable Trust*


Timonthy B. Soefje, OBA No. 33342
Texas State Bar No. 00791700
Alexander S. Gebert, OBA No. 34594
Texas State Bar No. 24120543
Tim.Soefje@fmglaw.com
Alex.Gebert@fmglaw.com
*Attorneys for Defendants J. Gray Teekell*
*And the Teekell Companies, Inc.*


Teddy Abbott, OBA No. 14367
Teddy.abbott@outlook.com
*Local Counsel for Defendants J. Gray Teekell*
*And the Teekell Companies, Inc.*

                                                        *s/Shannon F. Davies*