IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) BRIAN THOMPSON, individually; and <br> (2) JENNIFER JAMES, individually, <br><br> Plaintiffs, <br><br> v. <br><br> (3) J. GRAY TEEKELL, individually; <br> (4) THE TEEKELL COMPANY, INC.; <br> (5) MICHAEL E. KRASNOW, Trustee of Morton Family Irrevocable Trust, and <br> (6) RYAN TAYLOR MORTON, Individually. <br> Defendants. | Case No. CIV-23-1074-R <br> Judge David L. Russell |

**MOTION FOR LEAVE TO AMEND COMPLAINT
TO ADD NECESSARY PARTY**

Plaintiffs Brian Thompson ("Thompson") and Jennifer James ("James") (collectively "Plaintiffs") for their claims against Defendants, J. Gray Teekell ("Teekell"), The Teekell Company, Inc. ("TCA"), Mike Krasnow ("Trustee"), the Trustee of Morton Family Irrevocable Trust, an Oklahoma Trust, and Ryan Taylor Morton ("Ryan Morton") allege, and state as follows:

1. On January 23, 2024, the Court ordered that Ryan Taylor Morton is a beneficiary of the Morton Family Trust and as a beneficiary must be included in this case.

2. Plaintiffs have prepared the attached Second Amended Complaint adding Ryan Morton as a defendant but realigned as a plaintiff by virtue if the Court's Order.

2

3.     Plaintiffs have provided a copy of the proposed Second Amended Complaint to opposing counsel who have not objected to its filing.

WHEREFORE, Plaintiffs pray that the Court grant leave to file the attached Second Amended Complaint to add necessary parties, in accordance with Court Order dated January 23, 2024.

Date: March 25, 2023.

Respectfully submitted,

 s/Shannon F. Davies
Shannon F. Davies, OBA No. 16979
Johnny G. Beech, OBA No. 655
Spencer Fane LLP
9400 North Broadway Extension, Suite 600
Oklahoma City, Oklahoma 73114
Telephone: (405) 844-9900
Facsimile:  (405) 844-9958
Email: sdavies@spencerfane.com
Email: jbeech@spencerfane.com
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March 2024, a true and correct copy of the above and foregoing document was filed electronically with the Clerk of Court via the CM/ECF system which will send notifications of such filing to all counsel of record:

Kurt M. Rupert, OBA No. 11982
Taylor K. Weder, OBA No. 34045
HARTZOG CONGER CASON
Email: krupert@hatzoglaw.com
Email: tweder@hartzoglaw.com
*Attorneys for Defendant Michael E. Krasnow*


Timothy B. Soefje, OBA No. 33342
Alex Gebert, OBA No. 34594
FREEMAN MATHIS & GARY, LLP
Email: Tim.Soefje@fmglaw.com
Email: Alex.Gebert@fmglaw.com
*Attorney for Defendants J. Gray Teekell and*
*The Teekell Company, Inc.*


Teddy Abbott, OBA No. 14367
ABBOTT LAW OFFICE, LLC
Teddy.abbott@outlook.com
*Local Counsel for Defendants J. Gray Teekell*
*And the Teekell Companies, Inc.*


                                    *s/Shannon F. Davies*
                                    Shannon F. Davies