## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) BRIAN THOMPSON, individually; and <br> (2) JENNIFER JAMES, individually, <br><br> Plaintiffs, <br><br> v. <br><br> (3) J. GRAY TEEKELL, individually; <br> (4) THE TEEKELL COMPANY, INC.; <br> (5) MICHAEL E. KRASNOW, Trustee of Morton Family Irrevocable Trust, and <br> (6) RYAN TAYLOR MORTON, Individually. <br><br> Defendants. | Case No. CIV-23-1074-R |

## ORDER

Now Plaintiffs Brian Thompson ("Thompson") and Jennifer James ("James") (collectively "Plaintiffs") Motion for Leave to Amend Complaint to Add Necessary Party [Doc. No. 18] comes on for review. After reviewing the Motion, file, and noting there is no objection, the Order is hereby GRANTED. Plaintiffs have ten (10) days from the date of this Order to file their Second Amended Complaint.

IT IS SO ORDERED this 26th day of March, 2024.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE