# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) BRIAN THOMPSON, individually;<br>(2) JENNIFER JAMES, individually,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>(1) J. GRAY TEEKELL, individually;<br>(2) THE TEEKELL COMPANY, INC.; and<br>(3) MICHAEL E. KRASNOW, Trustee of<br>　Morton Family Irrevocable Trust,<br><br>　　　　Defendants. | Case No. CV-23-1074-R |

## ORDER

This matter comes before the Court upon the Unopposed Motion of Defendant Michael E. Krasnow for Extension of Time to Respond to Plaintiffs' Second Amended Complaint [Doc. No. 21]. The Court, having reviewed the Motion, and noting that counsel for Krasnow has represented that Plaintiffs have no objection to the relief requested, finds that the requested extension of time should be **GRANTED**.

The time within which Defendant Michael E. Krasnow may respond to Plaintiffs' Second Amended Complaint on or before April 19, 2024.

**IT IS SO ORDERED** this 5th day of April, 2024.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE