## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) BRIAN THOMPSON, individually; )<br>(2) JENNIFER JAMES, individually, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>(3) J. GRAY TEEKELL, individually; )<br>(4) THE TEEKELL COMPANY, INC.; )<br>(5) MICHAEL E. KRASNOW, Trustee )<br>Of Morton Family Irrevocable Trust, and )<br>(6) RYAN TAYLOR MORTON, )<br>individually, )<br>)<br>Defendants. ) | Case No. CIV-23-1074-R<br>Judge David L. Russell |

### ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel in this case on behalf of Defendant, Ryan Taylor Morton.

    I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

    Dated this 24th day of April, 2024.

    Respectfully submitted,

s/ Grady R. Conrad
Grady R. Conrad, OBA No. 32164
KLINGENBERG, CONRAD & ASSOCIATES
330 N.W. 13th Street
Oklahoma City, OK 73103
Telephone:  (405) 236-1985
Facsimile    (405) 236-1541
Email:       grady@kenkling.com
***ATTORNEYS FOR DEFENDANT***
***RYAN TAYLOR MORTON***

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System of filing. Based on the records currently on file, the Clerk of the Court will transit a Notice of Electronic Filing to the following ECF registrants:

Kurt M. Ruper, OBA No. 11982
Taylor K. Weder, OBA No. 34045
HARTZOG CONGER CASON
Email:	krupert@hartzoglaw.com
Email:	tweder@hartzoglaw.com
***ATTORNEYS FOR DEFENDANT***
***MICAHEL E. KRASNOW***

Timothy B. Soefje, OBA No. 33342
Alex Gebert, OBA No. 34594
FEEMAN MATHIS & GARY, LLP
Email:	tim.soefje@fmglaw.com
Email:	alex.gebert@fmglaw.com
***ATTORNEYS FOR DEFENDANTS J. GRAY***
***TEEKELL AND THE TEEKELL COMPANY, INC.***

Teddy Abbott, OBA No. 14367
ABBOTT LAW OFFICES, LLC
Email: teddy@abbot@outlook.com
***LOCAL COUNSEL FOR DEFENDANTS***
***J. GRAY TEEKELL AND THE TEKELL***
***COMPANIES, INC.***

Shannon Davies, OBA No. 16979
Johnny G. Beech, OBA No. 655
SPENCER FANE LLP
Email:	sdavies@spencerfane.com
Email:	jbeech@spencerfane.com
***ATTORNEYS FOR PLAINTIFFS***

                                                s/Grady R. Conrad
                                                Kenneth W. Klingenberg, OBA No. 5079
                                                Grady R. Conrad, OBA No. 32164
                                                Stacey R. Steiner, OBA No. 19139
                                                KLINGENBERG, CONRAD & ASSOCIATES