# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRIAN THOMPSON, individually; and JENNIFER JAMES, individually,<br><br>               Plaintiffs,<br><br>v.<br><br>J. GRAY TEEKELL, individually;<br>THE TEEKELL COMPANY, INC.;<br>MICHAEL E. KRASNOW, Trustee<br>of Morton Family Irrevocable Trust, and<br>RYAN TAYLOR MORTON,<br>Individually.<br><br>               Defendants. | Case No. CIV-23-1074-R<br>Judge David L. Russell |

## **ORDER**

Now on this 25th day of April 2024, Plaintiffs Brian Thompson, and Jennifer James (collectively "Plaintiffs") Unopposed Motion of Plaintiffs for Extension of Time to Respond to Defendant Michael E. Krasnow's Motion to Dismiss Second Amended Complaint [Dkt. No. 24] comes on for review. After reviewing the Motion, file, and noting there is no objection, the Order is hereby **GRANTED.**

The time within which Plaintiffs may respond to Defendant Michael E. Krasnow's Answer/Motion to Dismiss Second Amended Complaint is on or before May 20, 2024.

**IT IS SO ORDERED** this 25th day of April, 2024.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE