## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Brian Thompson, individually; and Jennifer James, individually, | |
| Plaintiff, | Case No.  5:23-cv-01074-R |
| v. | |
| J. Gray Teekell, individually; The Teekell Company, Inc.; and Michael E. Krasnow, Trustee of Morton Family Irrevocable Trust, | |
| Defendants. | District Judge David L. Russell |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants J. Gray Teekell and the Teekell Company, Inc. ("Teekell"). I certify that I am admitted to practice in this court and am registered to file documents electronically with this Court.

Dated: May 7, 2024

Respectfully Submitted,

**FREEMAN MATHIS & GARY, LLP**

*/s/ Alexander S. Gebert*
**Timothy B. Soefje**
OBA No. 33342
Texas State Bar No. 00791700
Tim.Soefje@fmglaw.com
**Alexander S. Gebert**
OBA No. 34594
Texas State Bar No. 24120543
Alex.Gebert@fmglaw.com
7160 Dallas Parkway, Suite 625
Plano, Texas 75024
(469) 895-3003 (telephone)
(888) 356-3602 (facsimile)
*COUNSEL FOR DEFENDANTS J. GRAY TEEKELL AND THE TEEKELL COMPANIES, INC.*

*/s/ Teddy Abbott*
*Teddy Abbott*
OBA No. 14367
teddy.abbott@outlook.com
ABBOTT LAW OFFICE, LLC
687 Meadows Cir.
Tahlequah, OK 74401
(918) 360-0531 (telephone)
LOCAL COUNSEL FOR DEFENDANTS J. GRAY TEEKELL
AND THE TEEKELL COMPANIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2024, a true and correct copy of the foregoing was filed electronically to the Clerk of Court via the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Alexander S. Gebert*
Alexander S. Gebert