### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRIAN THOMPSON, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. CIV-23-1074-R |
| | ) |
| J. GRAY TEEKELL, et al., | ) |
| | ) |
| Defendant. | ) |

ENTER ORDER:

Defendant Krasnow's Motion to Dismiss Second Amended Complaint [Doc. No. 23] is set for hearing on Tuesday, June 18th, 2024 at 9:00 a.m. Counsel for Plaintiffs and Michael Krasnow are required to attend; counsel for other defendants may attend if desired.

At the hearing, the parties should specifically be prepared to discuss (1) the duties a trustee owes a beneficiary, (2) the causes of action that may arise when a trustee breach those duties, and (3) the remedies a beneficiary may pursue against a trustee, including whether a beneficiary that is not presently entitled to any distributions may seek damages from the trustee or is limited to seeking restoration of the value of the trust property.

Entered at the direction of Judge David L. Russell this 31st day of May, 2024.

JOAN KANE, Clerk

s/Kira Murphey
Deputy Clerk