# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

BRIAN THOMPSON, individually; )
and )
JENNIFER JAMES, individually, )
                        Plaintiffs, )
v. )
                                 ) Case No. CIV-23-1074-R
J. GRAY TEEKELL, individually; ) Judge David L. Russell
THE TEEKELL COMPANY, INC.; )
MICHAEL E. KRASNOW, Trustee )
of Morton Family Irrevocable Trust, and )
RYAN TAYLOR MORTON, )
Individually. )
                        Defendants. )

## PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE HEARING

Plaintiffs Brian Thompson and Jennifer James ("Plaintiffs") and by and through their attorneys of record, Shannon F. Davies and Johnny G. Beech, move to continue the June 18, 2024, hearing set on Defendant Michael E. Krasnow's Motion to Dismiss Second Amended Complaint. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs filed this action on October 18, 2023.

2. On November 22, 2023, this matter was removed to the Western District Court of Oklahoma.

3. Defendant Krasnow filed his Motion to Dismiss Second Amended Complaint [Doc. #23] on April 19, 2024.

4.     All briefing to the Court was completed on May 28, 2024. At that time the Court entered an Order [Doc. #31] setting this briefing for hearing on June 18, 2024, at 9:00 AM.

5.     Counsel of record for Plaintiffs Brian Thompson and Jennfier James, Shannon F. Davies and Johnny G. Beech, have both been diagnosed with COVID, do not feel well, and both are unable to appear for the hearing currently set on June 18, 2024.

6.     All parties' counsel have been advised and have no objection to a continuance.

7.     Accordingly, as there is good cause to grant the resetting of this hearing and there are no objections, Plaintiffs would respectfully request a continuance of at least ten (10) days to allow one or both of them to be able to appear at said hearing.

WHEREFORE, Plaintiffs, Brian Thompson and Jennifer James, respectfully requests that the Court enter the proposed order submitted contemporaneously herewith continuing the June 18, 2024, hearing on Defendant Michael E. Krasnow's Motion to Dismiss Second Amended Complaint, and that the Court grant such other relief deemed just.

Date: June 17, 2024.

Respectfully submitted,

*s/ Shannon F. Davies*
Shannon F. Davies, OBA No. 16979
Johnny G. Beech, OBA No. 655
Spencer Fane LLP
9400 North Broadway Extension, Suite 600
Oklahoma City, Oklahoma 73114
Telephone: (405) 844-9900
Facsimile:  (405) 844-9958
Email: sdavies@spencerfane.com
Email: jbeech@spencerfane.com
***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June 2024, a true and correct copy of the above and foregoing document was filed electronically with the Clerk of Court via the CM/ECF system which will send notifications of such filing to all counsel of record:

Kurt M. Rupert, OBA No. 11982
Taylor K. Weder, OBA No. 34045
HARTZOG CONGER CASON
Email: krupert@hatzoglaw.com
Email: tweder@hartzoglaw.com
***Attorneys for Defendant Michael E. Krasnow***

Timothy B. Soefje, OBA No. 33342
Alex Gebert, OBA No. 34594
FREEMAN MATHIS & GARY, LLP
Email: Tim.Soefje@fmglaw.com
Email: Alex.Gebert@fmglaw.com
***Attorney for Defendants J. Gray Teekell and***
***The Teekell Company, Inc.***

Teddy Abbott, OBA No. 14367
ABBOTT LAW OFFICE, LLC
Email: Teddy.abbott@outlook.com
***Local Counsel for Defendants J. Gray Teekell***
***And the Teekell Companies, Inc.***

Kenneth W. Klingenherg, OBA No. 5079
Grady R. Conrad, OBA No. 32164
Stacey R, Steiner, OBA No. 19139
KLINGENBERG, CONRAD & ASSOCIATES
330 N.W. 13TH Street
Oklahoma City, OK 73103
Email: ken@kenkling.com
Email: grady@kenkling.com
Email: stacey@kenkling.com
***Attorneys for Defendant Ryan Taylor Morton***

                                             *s/Shannon F. Davies*
                                             Shannon F. Davies