UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRIAN THOMPSON, individually; and JENNIFER JAMES, individually,<br><br>Plaintiffs,<br><br>v.<br><br>J. GRAY TEEKELL, individually; THE TEEKELL COMPANY, INC.; MICHAEL E. KRASNOW, Trustee of Morton Family Irrevocable Trust, and RYAN TAYLOR MORTON, Individually.<br><br>Defendants. | Case No. CIV-23-1074-R |

## ORDER

Now on this 17th day of June 2024, Plaintiffs Brian Thompson, and Jennifer James (collectively "Plaintiffs") Unopposed Motion to Continue Hearing on Defendant Michael E. Krasnow's Motion to Dismiss Second Amended Complaint [Doc. No. 33] comes on for review. After reviewing the Motion, file, and noting there is no objection, the Order is hereby GRANTED.

The hearing on Defendant Michael E. Krasnow's Motion to Dismiss Second Amended Complaint is STRICKEN, to be reset at a later date.

IT IS SO ORDERED THIS 17th of June, 2024.

*David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE