# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

**PHOTO ID IS REQUIRED FOR <u>ANYONE</u> ENTERING THE FEDERAL COURTHOUSE**

**Brian Thompson, et al.,**                                 <u>**NOTICE OF HEARING**</u>

v.                                                          Case No. **CIV-23-1074-R**

**J. Gray Teekell, et al.,**

_____

Type of Case    **CIVIL    X**                      CRIMINAL

_____

***TAKE NOTICE***
That a proceeding in this case has been scheduled for the place, date and time set forth below:

_____

Place: William J. Holloway, Jr. U.S. Courthouse          DATE AND TIME
      200 N. W. 4th Street                              **Tuesday, July 2nd, 2024**
      Oklahoma City, Ok.  73102                         **10:00 a.m.**
      **Courtroom 302**

TYPE OF PROCEEDING
**Motion Hearing: Trustee's Motion to Dismiss Second
Amended Complaint by Defendant Michael E. Krasnow
[Doc. No. 23]**

_____

<u>06/17/2024</u>
Date

                            ___s/Kira Murphey_____
                                 BY DEPUTY CLERK