## Motion Hearing Minute Sheet

**Date**: 07/02/2024                              **Total Time**: 14 minutes

**Civil Case No.**: CIV-23-1074-R              **Judge David L. Russell**

**Court Reporter** Sherri Grubbs              **C.R. Deputy** Kira Murphey

**Thompson et al v. Teekell et al**

**Counsel for Plaintiffs**: Shannon F. Davies, Johnny G. Beech

**Counsel for Defendant Michael E. Krasnow**: Taylor Kaye Weder

Parties appear through counsel as above stated. Hearing held on Defendant Michael E. Krasnow's Motion to Dismiss Second Amended Complaint [Doc. No. 23].

Statements of counsel heard.

Plaintiffs directed to file an Amended Complaint within twenty (20) days.