IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRIAN THOMPSON, individually; and JENNIFER HAMES, individually, ) ) ) Plaintiffs, ) ) v. ) ) GARY TEEKELL, individually; ) THE TEEKELL COMPANY, INC.; and ) MICHAEL E. KRASNOW, Trustee of ) Morton Family Irrevocable Trust, ) ) Defendants. ) | No. CIV 23-1074-R |

## ORDER

Before the Court is Defendant Trustee's Motion to Dismiss Second Amended Complaint [Doc. 23]. Following a hearing on the motion, Plaintiffs were instructed to file an amended pleading. Plaintiffs have now filed their Third Amended Complaint [Doc. No. 37] which "supersedes the original and renders it of no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991) (internal quotation omitted). Defendant Trustee's Motion to Dismiss Second Amended Complaint [Doc. 23] is therefore DENIED without prejudice to resubmission, if appropriate.

IT IS SO ORDERED this 23rd day of July, 2024.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE