UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA
200 NW 4TH STREET, OKLAHOMA CITY, OK 73102
COURTROOM 302

**STATUS/SCHEDULING CONFERENCE DOCKET BEFORE JUDGE DAVID L. RUSSELL**

**THURSDAY, OCTOBER 3RD, 2024**

**NOTICE TO ALL COUNSEL**: The Joint Status/Scheduling Report and Discovery Plan (one document) to be filed no **later than Monday, September 23rd, 2024.**

The Status/Scheduling Conference will be conducted via conference call. Participation in this conference call by at least one attorney of record for each party is mandatory. Failure to appear may result in sanctions.

To participate in the conference call, dial **888-684-8852**.  When prompted, enter the access code **1763316**.

**9:00 a.m.**
CIV-23-894-R         United States of America              Christopher Rajotte

                     -v-

                     Oklahoma County Treasurer et al.,     Aaron C. Etherington
                     Opene Investment Solutions LLC        Michael P. Brogan

**9:15 a.m.**
CIV-23-1074-R        Brian Thompson et al                  Johnny G. Beech
                                                           Shannon F. Davis

                     -v-

                     J. Gray Teekell et al                 Alexander Gebert
                                                           Teddy J. Abbott
                                                           Timothy B. Soefje
                     Michael E. Krasnow                    Kurt M. Rupert
                                                           Taylor Kaye Weder
                     Ryan Taylor Morton                    Grady R. Conrad

**9:30 a.m.**
CIV-24-327-R  Allstate Vehicle and Property  Galen L. Brittingham
        Insurance Company      Kirsten L. Palfreyman

        -v-

        Dusty London        Philip O. Watts
        Crhistopher Gonzalez     Marcus P. Mears, II

**9:45 a.m.**
CIV-24-609-R  Andrea St. Clair       Jonathan E. Shook

        -v-

        UNUM Life Insurance Company  Vassiliki E. Farrior
        of America

**10:00 a.m.**
CIV-24-620-R  Orlando Freeman      Richard R. Rice

        -v-

        Watsons of Oklahoma City, Inc  Michael J. DePonte

**10:15 a.m.**
CIV-24-673-R  The Ohio Casualty Insurance Company  Ryan D. Dry

        -v-

        Plumbing Connection LLC et al.  G. Rudy Hiersche, Jr.