# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) BRIAN THOMPSON, individually;<br>(2) JENNIFER JAMES, individually,<br>(3) RYAN MORTON, individually,<br><br>  Plaintiffs,<br><br>v.<br><br>(1) J. GRAY TEEKELL, individually;<br>(2) THE TEEKELL COMPANY, INC.;<br>(3) MICHAEL E. KRASNOW, Trustee of Morton Family Irrevocable Trust,<br><br>  Defendants. | Case No. CV-23-1074-R |

## SUGGESTION OF DEATH UPON THE RECORD
## PURSUANT TO FED. R. CIV. P. 25(a)(1)

Counsel for Defendant, Michael E. Krasnow suggests upon the record, pursuant to Fed. R. Civ. P. 25(a)(1), the death of Defendant Michael E. Krasnow during the pendency of this action. Counsel learned of the death of Mr. Krasnow from his son, Mark Krasnow.

Respectfully submitted,

*s/ Kurt M. Rupert*
Kurt M. Rupert, OBA # 11982
Taylor Kaye Weder, OBA # 34045
HARTZOG CONGER CASON LLP
201 Robert S. Kerr, Suite 1600
Oklahoma City, Oklahoma 73102
(405) 235-7000 (Telephone)
(405) 996-3403 (Facsimile)
krupert@hartzoglaw.com
tweder@hartzoglaw.com
*Attorneys for Defendant,*
*Michael E. Krasnow as Trustee*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 16, 2024 I electronically transmitted the foregoing document to the Clerk of the Court for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electric Filing to the following ECF Registrants:

Shannon F. Davies
sdavies@spencerfane.com

Johnnie G. Beech
jbeech@spencerfane.com

*Attorneys for Plaintiffs,*
  *Brian Thompson and Jennifer James*

Alex Gebert
alex.gebert@fmglaw.com

*Attorney for Defendants,*
*J. Gray Teekell and The Teekell Company, Inc.*

Kenneth W. Klingenberg
Grady R. Conrad
Stacey R. Steiner
kwk@kenkling.com
grady@kenkling.com
stacey@kenkling.com

*Attorneys for Plaintiff,*
*Ryan Taylor Morton*

                              */s/ Kurt M. Rupert*
                              Kurt M. Rupert